IN the INTEREST OF: D.A.K., A.C.K., L.G.K., and M.J.T.

No. ED 101683

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: January 27, 2015

FOR APPELLANT: Nathan E. Perz, 1324 Clarkson Clayton Ctr., Ballwin, MO 63011

FOR RESPONDENT: Brian P. Seltzer, Atty. for Resp. Juvenile Officer, 501 S. Brentwood Blvd., Clayton, MO 63105, Deborah C.M. Henry, Guardian Ad Litem, 222 South Central Ave., Ste. 501, Clayton, MO 63105, Richard J. Childress, Atty. for Resp. MO Children's Division, 111 North 7th St., Ste. 329, St. Louis, MO 63101, Rene E. Lusser, Atty. for Resp. B.A.K., 400 N. 4th St., Ste. 2410, St. Louis, MO 63102

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM.

In this consolidated appeal, Mother appeals the judgments terminating her parental rights to D.A.K., A.C.K., L.G.K., and M.J.T. The judgments are supported by substantial evidence and are not against the weight of the evidence. No error of law appears.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgments of the trial court are affirmed under Rule 84.16(b).